# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER GALLUP, an individual, and JAMIE GALLUP, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company; and DOES 1 to 20, Inclusive,<br><br>Defendants. | CASE NO. 219-CV-00794-KJM-CKD<br><br>**ORDER REGARDING JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**[NO ORAL ARGUMENT REQUESTED]** |

## ORDER

Pursuant to the stipulation of the parties, this Court continues the Case Management Conference set for August 1, 2019 to **September 26, 2019 at 2:30**, with the filing of a joint status report due seven days prior.

*IT IS SO ORDERED.*

Dated: July 30, 2019.

_____
UNITED STATES DISTRICT JUDGE