UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER GALLUP, et al., | No. 2:19-CV-00794-KJM-CKD |
| Plaintiffs, | |
| v. | ORDER |
| GENERAL MOTORS LLC, | |
| Defendant. | |

In an order filed by the court on October 7, 2019, a status conference was set for November 21, 2019, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference. The parties filed a notice of settlement and stipulation to dismiss the case on November 21, 2019, but there was no appearance by Rene Dupart at the November 21, 2019 conference.

Accordingly, plaintiff's counsel is ordered to show cause within seven (7) *calendar* days of this Order why counsel should not be sanctioned in the amount of $250.00 for failing to appear.

DATED: December 2, 2019

UNITED STATES DISTRICT JUDGE

1